# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KENNETH ROBERTS**                                                                 **PLAINTIFF**

**V.**                              **NO. 5:08CV00165-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                    **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 7th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE